## AFFIRMATION OF SERVICE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Civil Action Number: **25-cv-6373**
Date Filed: **07/17/25**

Plaintiff(s):
**BENNIE DAVIS III**
vs
Defendant(s):
**THE CITY OF ROCHESTER, JAMES BREEN, RICHARD SHONE, and SHANE DISANTO**

**ABIGAIL DIRKSMEIER**, the undersigned, pursuant to CPLR 2106, and under the penalties of perjury, herby affirms as follows that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **7/25/2025** at **1:46 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT** on **THE CITY OF ROCHESTER** at **30 CHURCH STREET, 4TH FLOOR, ROCHESTER, NY 14614** in the manner indicated below:

By delivering a true copy of each to and leaving with **CARLA WILLIAMS-PAULEY, MUNICIPAL ATTORNEY** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Perceived Description:**
Gender: **FEMALE**   Race: **WHITE**   Age: **36 - 45 Yrs.**   Weight: **131-160 Lbs.**   Height: **5ft 4in - 5ft 8in**   Hair: **BROWN**   Glasses: **YES**   Other:

Served at following GPS coordinates, Lat: 43.15691 Long: -77.61495

I affirm on **07/29/2025** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x_____
**ABIGAIL DIRKSMEIER**
Job #: 172841