## AFFIRMATION OF SERVICE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Civil Action Number: **25-cv-6373**
Date Filed: **07/17/25**

Plaintiff(s):
**BENNIE DAVIS III**
vs
Defendant(s):
**THE CITY OF ROCHESTER, JAMES BREEN, RICHARD SHONE, and SHANE DISANTO**

**ABIGAIL DIRKSMEIER**, the undersigned, pursuant to CPLR 2106, and under the penalties of perjury, herby affirms as follows that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 7/25/2025 at 12:50 PM, deponent served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT** on **JAMES BREEN** at **ROCHESTER POLICE DEPARTMENT, 185 EXCHANGE BLVD., ROCHESTER, NY 14614** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **JOSE MUNOZ, OFFICER** of **JAMES BREEN**, a person of suitable age and discretion. Said premises is **JAMES BREEN**'s actual place of Business within the State of New York.

On 7/29/2025 Deponent also deposited a copy of same in one first-class envelope and in one certified postpaid sealed envelope bearing the words "Personal & Confidential" properly addressed to JAMES BREEN at ROCHESTER POLICE DEPARTMENT, 185 EXCHANGE BLVD., ROCHESTER, NY 14614 in an official depository under exclusive care and custody of the United States Postal Service within the State of New York. The envelopes did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent.

**Perceived Description:**
Gender: **MALE**   Race: **HISPANIC**   Age: **46 - 55 Yrs.**   Weight: **161-200 Lbs.**   Height: **5ft 9in - 6ft 0in**   Hair: **SHAVED**   Glasses: **YES**   Other:

I asked the person spoken to whether the Respondent(s) was in active military duty or dependent on anyone in active military duty of the Untied States or the State of New York and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

I affirm on 7/29/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x_Abigail Dirksmeier_
**ABIGAIL DIRKSMEIER**
Job #: 172842